# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation, | ) ) ) Case No. 17-cv-07171 |
| Plaintiffs, | ) |
| v. | ) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) ) |
| Defendants. | ) |

**Schedule A – Sealed Document Pursuant to LR26.2**

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 4th day of October 2017.   Respectfully submitted,

/s/ Justin R. Gaudio\
Kevin W. Guynn\
Amy C. Ziegler\
Justin R. Gaudio\
Jessica L. Bloodgood\
Greer, Burns & Crain, Ltd.\
300 South Wacker Drive, Suite 2500\
Chicago, Illinois 60606\
312.360.0080 /312.360.9315 (facsimile)\
kguynn@gbc.law\
aziegler@gbc.law\
jgaudio@gbc.law\
jbloodgood@gbc.law

*Attorneys for Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation*