**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation, | ) ) ) |
| | ) Case No. 17-cv-07171 |
| Plaintiffs, | ) |
| | ) **Judge Manish S. Shah** |
| v. | ) |
| | ) **Magistrate Judge Daniel G. Martin** |
| ZHENG RU PING, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Burberry Limited, a United Kingdom company ("Burberry UK"), and Burberry Limited, a New York corporation ("Burberry US"), together, "Burberry" or "Plaintiffs," against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Burberry having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Burberry, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Burberry having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

1

pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the BURBERRY Trademarks (a non-exclusive list of which is included in the chart below).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 260,843 | BURBERRY | 08/27/1929 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; overalls for women and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women and children; bonnets for children; hoods and toques for men, women, and children; neckties for men, women, and children; stockings and socks for men, women, and children; braces |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | and suspenders for men and children; belts for outer wear for men, women, and children; boots of rubber and fabric or combinations of these materials for men, women and children; shoes and slippers of leather, rubber, and fabric or combinations of these materials for men, women, and children; gloves for men, women, and children, of leather and fabric in class 025. |
| 510,077 | BURBERRY | 05/24/1949 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women, and children; bonnets for children; hoods, and toques for men, women, and children; neckties for men, women and children; stockings and socks for men, women, and children; braces and suspenders for men, and children; belts for outer wear for men, women , and children; boots for men, women, and children, of leather and rubber or combinations of these materials; shoes and slippers for |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
|  |  |  | men, women, and children; of leather, rubber, and fabric or combinations of these materials; gloves for men, women, and children of leather and fabric in class 025. |
| 863,179 |  | 01/07/1969 | For: coats, topcoats, jackets, suits, trousers, slacks, shorts, overalls, skirts, capes, hats, caps, bonnets, hoods, berets, neckties, stockings, socks, belts, boots, shoes, slippers, sandals, gloves, shirts, collars, pajamas, dressing gowns, cardigans, sweaters, pullovers, scarves, blouses, beach robes, dresses, skiwear, and handkerchiefs in class 025. |
| 1,133,122 | BURBERRY | 04/15/1980 | For: handbags, travelling bags, leather travelling cases, attaché cases, leather briefcases, purses, pocket wallets, umbrellas in class 018. |
| 1,241,222 |  | 06/07/1983 | For: coats, top coats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses in class 025. |
| 1,607,316 | BURBERRY | 07/24/1990 | For: spectacles, sunglasses fitted cases, frames and lenses, all for sunglasses, for spectacles in class 009. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 1,622,186 |  | 11/13/1990 | For: sunglasses, spectacles; frames and lenses in class 009. |
| 1,747,765 | BURBERRY | 01/19/1993 | For: wrist watches and straps and bracelets therefor, and cuff links in class 014. |
| 1,855,154 |  | 09/20/1994 | For: watches, and parts therefor; straps, bracelets for wrist watches; cuff links in class 014. |
| 1,903,508 |  | 07/04/1995 | For: watches and parts therefor; straps, bracelets for wrist watches; jewelry costume jewelry; tie pins and cuff links in class 014. |
| 2,022,789 |  | 12/17/1996 | For: suitcases, traveling bags, holdalls, suit and garment carriers for travel, attaché cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie cases for travel, umbrellas and parasols in class 018. <br><br> For: traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | when traveling in cold climates, or for use as a stadium blanket in class 024. For: clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men in class 025. |
| 2,512,119 |  | 11/27/2001 | For: non-medicated toilet preparations, namely, perfumes, eau de cologne, and toilet water, shampoos, shower gels and bath gels; deodorants; shaving preparations in class 003. For: articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags, overnight bags, shoulder bags, tote bags, carryall bags, traveling bags, hand bags, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetic bags sold empty; brief cases, satchels and portfolios; cases for personal organizers and for mobile telephones; umbrellas, leather key fobs, leather key holders, and dog coats in class 018. |
| 2,610,329 | PRORSUM | 08/20/2002 | For: clothing, namely, footwear, raincoats, blousons, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | casual coats, polo shirts, blouses, dresses, skirts, jackets, trousers, suits, shirts in class 025. |
| 2,612,272 |  | 08/27/2002 | For: retail store services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,624,684 | BURBERRY | 09/24/2002 | For: retail store services featuring clothing, watches, sunglasses, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,654,697 | PRORSUM | 11/26/2002 | For: articles of luggage, namely, suitcases, carry-on bags, clutch bags, overnight bags, shoulder bags, tote bags, carryall bags, traveling bags, hand bags, wallets and purses in class 018. |
| 2,728,709 |  | 06/24/2003 | For: fabrics for use in the manufacture of clothing, underclothes, swimwear, headwear, footwear, hosiery, socks; and belts; fabrics for use in the manufacture of cosmetics cases and bags, toiletry cases and bags, and shaving cases and bags; fabrics for use in the manufacture of purses, pouches, bags, luggage, carriers, travel bags, and suit and garment bags; fabrics for use in the manufacture of cases and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | holders for money, documents, keys, glasses, and ties; fabrics for use in the manufacture of umbrellas and parasols and cases thereof; fabrics for use in the manufacture of straps and bracelets for watches, and straps for shoes and bags; fabrics for use in the manufacture of lining for all the foregoing goods; comforters and blankets in class 024. |
| 2,732,617 |  | 07/01/2003 | For: perfumes, eau de toilettes, eau de parfums; body lotion, soaps; personal deodorants; aftershave; shampoo for the hair and for the body; shower gels; bath gels in class 003.<br><br>For: articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags; duffel and gym bags; overnight bags; school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, traveling bags, hand gabs, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetics bags sold empty; brief cases, satchels and portfolios; parasols, umbrellas, walking sticks; leather key fobs, leather key holders in class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, polo shirts, blouses, dresses, pyjamas, knitwear namely, jumpers, sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; and shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing namely, sports trousers, sports shorts, sports shirts, sports jackets, sports footwear; tracksuits; garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional warmth; ties, belts, wraps, serapes, scarves, shawls and stoles, gloves in class 025. |
| 2,845,852 |  | 05/25/2004 | For: sunglasses, spectacles, optical glasses; fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; carrying cases and holders for portable computers and mobile telephones in class 009. |
| 2,875,336 | BURBERRY | 08/17/2004 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | the aforesaid goods; cases and holders for portable computers and mobile telephones in class 009.<br><br>For: watches, clocks and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, hat and shoe ornaments all made of precious metal or coated therewith in class 014. |
| 2,952,399 |  | 05/17/2005 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; computer carrying cases and specialty holsters and cases for carrying mobile telephones in class 009.<br><br>For: watches, and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, all made of precious metal or coated therewith in class 014. |
| 3,202,484 | BURBERRY LONDON | 01/23/2007 | For: articles of outerclothing, namely, coats, trench coats, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | casual coats, jackets, shirts, dresses, ties in class 025. |
| 3,529,814 |  | 11/11/2008 | For: non-metal key fobs in class 020.<br><br>For: blankets, throws, handkerchiefs, textile used as linings for clothing and accessories, fabrics for use in the manufacture of clothing, footwear, headwear, hosier, belts, bags, cases, holders and key rings, umbrellas, watches, jewelry, towels, blankets, throws in class 024.<br><br>For: coats, detachable coat linings, rainwear, ponchos, jackets, gilets, jerseys, jumpers, sweaters, blouses, shirts, polo shirts, t-shirts, vests, dresses, skirts,  trousers, jeans, shorts, ski wear, sports shirts, sports trousers, sweat shirts, waterproof clothing, namely, coats, jackets, and bikinis, sarongs, swimwear, bathrobes, boxer shorts, loungewear, nightwear, undergarments, ties, cravats, footwear, shoes, boots, athletic footwear, slippers, ballet slippers, socks, leggings, caps, hats, head scarves, belts, gloves, mufflers, scarves, shawls, stoles, pashminas, children's and infant's clothing, namely, coats, jackets, ponchos, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | jerseys, sweaters, blouses, shirts, t-shirts, singlets, vests, tank tops, waistcoats, suits, dresses, skirts, trousers, jeans, shorts, children's headwear, children's swimwear, children's nightwear, children's undergarments, and one-piece clothing, headwear, footwear; cloth bibs in class 025. For: teddy bears in class 028. For: retail store services in the fields of clothing, accessories, footwear, headgear, luggage, leather goods, timepieces, jewelry, eyewear and fragrances in class 035. |
| 3,766,097 |  | 03/30/2010 | For: textiles and textile goods, namely, household linen, bed linen, bath linen, bed blankets, blanket throws, children's blankets, beach towels, handkerchiefs, unfitted fabric furniture covers, fabrics for textile use and textile used as lining for clothing, cushion covers in class 024. |
| 3,879,249 | BURBERRY | 11/23/2010 | For: articles of outer clothing, namely, coats, jackets, rainwear, ponchos, gilets, detachable coat linings, raincoats; blousons; casual coats; polo shirts; blouses; dresses; pyjamas; knitwear, namely, jerseys, jumpers, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | cardigans, sweaters, knitted leggings; shorts; trousers; suits; skirts; jackets; articles of underclothing, namely, boxer shorts, lingerie, loungewear, nightwear, underwear, undergarments; hosiery; headwear; footwear; sports clothing, namely, sweat pants, sweat shirts, swimwear; sports footwear; tracksuits; ready-made linings, namely, finished textile linings for garments; ties; clothing belts; wraps; scarves; shawls and stoles; gloves in class 025. |
| 3,898,440 | BURBERRY | 01/04/2011 | For: articles made from material and textile, namely, bed blankets, blanket throws, children's blankets, lap blankets, towels, handkerchiefs, cushion covers in class 024. |
| 4,065,311 |  | 12/6/2011 | For: non-medicated toilet preparations for the bath and shower, perfumes, talcum powder, cosmetics, preparations for teeth and for hair, namely, toothpaste and shampoos and hair conditioners, soaps, all over body wash; shampoos, anti-perspirants, eau de cologne; eau de toilette with or without alcohol; and toilet water, essential oils, baby body balm, massage oil, potpourri in class 003. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: cutlery, christening spoons for household purposes in class 008.<br><br>For: infant feeding bottles and teats; cups adapted for feeding babies, infants and children; pacifiers for babies, teething rings and teething rings incorporating baby rattles in class 010.<br><br>For: baby carriages, strollers, prams; baby carriage, stroller and pram hoods, covers and accessories for the aforesaid goods, namely, stroller bags, head supports, shades, pillows, weather shields, rain covers, umbrellas, foot muffs, cup holders, wheeled boards; safety seats for infants and children for vehicles in class 012.<br><br>For: jewellery, imitation jewellery, figurines of precious metal in class 014.<br><br>For: bags, namely, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags; trunks, valises, suitcases, travel bags, garment bags for travel, baby bags for carrying babies, accessories, baby carriers worn |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | on the body, baby harnesses, rucksacks, satchels, hold alls, hand bags, shoulder bags, shopping bags and purses, pouches, wallets, key holders made of leather, credit card and business card holders, labels; cosmetic cases and bags sold empty; umbrellas, parasols, general purpose and sport trolley bags in class 018.<br><br>For: household, kitchen or table utensils and containers, namely, bowls, vases, bottles, ports, forks, knives, spoons and tongs; tableware, ceramics, porcelain, glassware, earthenware and crockery, namely dishware, pots, bottles, butter dishes, gravy boats, jugs, pitchers, serving platters and trays, sugar bowls, dinnerware, plates, bowls, cups, saucers, mugs, drinking glasses, teapots, coffee pots, tea sets, glasses and stemware, cake stands, egg cups, salt and pepper shakers; beakers, namely, wide-mouthed drinking cubs for household use, drinking glasses, namely, tumblers; combs, hair brushes; baby bath tubs; potties for children; portable bath tubs for babies and infants in class 021.<br><br>For: textile and textile items, namely, bed blankets; bed |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | covers; bed linen; cot linen; duvets; curtains; towels; face cloths; mattress covers; pillow cases; quilts and eiderdowns; bed sheets; textile and plastic table covers; place mats of textile; handkerchiefs; travelling rugs; muslin fabric in class 024.<br><br>For: clothing, namely, baby layettes for clothing, shirts, polo shirts, blouses, dresses, shorts, trousers, skirts, jerseys, jumpers, sweaters, vests, t-shirts, tank tops, jeans, pajamas, coats, overcoats, jackets, raincoats, ponchos, underwear, sleepwear, loungewear, ski wear, swimwear, ties, scarves, shawls, gloves, mittens, tights, socks, stockings hosiery, footwear, headwear; diapers of textile in class 025.<br><br>For: toys, namely, mechanical toys, infant toys, stuffed toys, dolls, teddy bears, clothing for toys, bath toys; games, namely, board games, card games, tabletop games; baby rattles; balls for games; exercise equipment, namely, baby gym mats; swimming floats for children and babies for recreational use in class 028.<br><br>For: retail and wholesale store |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
| --- | --- | --- | --- |
| | | | services featuring clothing, footwear, headwear, bags, small leather goods, accessories, homeware, perfumes and toiletries, jewellery, children and infants' products, luxury items in class 035. |
| 4,166,277 |  | 07/03/2012 | For: non-medicated toilet preparations; cosmetic preparations for the bath and shower; non-medicated body and skin care preparations; cosmetic preparations for care of teeth and for hair; nail care preparations and polish; nail accessories, namely, false nails; soaps; anti-perspirants, deodorants; perfumes, eau de cologne, eau de toilette and toilet water; essential oils, massage oil; pot pourri, room fragrance and incense; cleaning preparations for leather and non-leather good in class 003.<br><br>For: sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods, cases and holders for the aforesaid goods, and parts and fittings for all the aforesaid goods; cases and holders specially adapted for use with portable electronic devices, mobile telephones, portable audio and video systems and computers; camera cases; |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | mobile phones and mobile phone accessories, namely, mobile phone covers and skins, charms and lanyards for mobile phones mobile phone fascias in the nature of protective covers in class 009.<br><br>For: watches, clocks and parts, fittings and cases for all the aforesaid goods; watch straps and bracelets therefore; jewellery, imitation jewellery, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, namely, key rings, charms, badges, shoe ornaments; jewellery boxes and cases; models and figures of precious metal in class 014.<br><br>For: all-purpose carrying bags, trunks, valises, suitcases, travelling bags, garment bags, baby bags, baby carriers worn on the body, baby harnesses worn on the body, rucksacks, satchels, holdalls, handbags, shoulder bags, shopping bags, wheeled shopping bags; purses, pouches; wallets, key holders made of leather or imitations of leather, credit card holders of leather and imitations of leather, pochettes; labels, luggage labels and tags all made of leather and imitations of leather; cosmetic cases and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | bags sold empty, case for manicure sets sold empty; jewellery rolls for travel; umbrellas, parasols; clothing for pets; horse blankets; collars and leashes for animals in class 018.<br><br>For: textiles and textile items, namely, bed blankets, bed covers, bed linen, cot linen, duvets, and curtains; towels; face cloths; mattress covers; pillowcases; quilts and eiderdowns; bed sheets; table covers; unfitted fabric furniture covers, wall hangings, cushion covers; placemats of textile; handkerchiefs; travelling rugs; pet blankets; textile labels in class 024.<br><br>For: clothing, namely, shirts, polo shirts, blouses, dresses, shorts, trousers, suits, skirts, jerseys, jumpers, sweaters, cardigans, gilets, t-shirts, singlets, vests, tank tops, waistcoats, jeans, pyjamas, coats, overcoats, trench coats, casual coats, raincoats, jackets, ponchos, blousons, capes, lingerie, underwear, undergarments, sleepwear, loungewear; ski wear, sports trousers, sports shorts, sports shirts, sports jackets, sweat pants, sweat shirts, sweat |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | shorts, tracksuits, swimwear; ready-made linings sold as component parts of coats; clothing belts; ties, wraps, serapes, sarongs, scarves, shawls and stoles; gloves; tights, socks, stockings, hosiery, leggings; footwear; headwear in class 025. |
| 4,441,542 |  | 11/26/2013 | For: sunglasses, camera cases, spectacles, optical glasses, mobile phone accessories, namely, mobile phone covers charms and lanyards for mobile phones; fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; cases and holders for portable electronic devices, namely, PDAs (personal digital assistants), smart phones, electronic book readers, tablet computers, netbooks, electronic notebooks, handheld computers and portable digital audio and/or video players, mobile telephones, portable audio and video systems and computers in class 009.<br><br>For: watches, watch straps and bracelets therefor; jewelry, imitation jewelry, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, namely, key |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | rings in class 014. |
| 4,702,550 | BURBERRY | 03/17/2015 | For: candles in class 004.<br><br>For: metal key holders; metal key rings in class 006.<br><br>For: goods made of paper or cardboard, namely, paper labels, cardboard boxes, paper bags, paper gift tags; catalogues and pamphlets in the field of fashion; posters, photo albums; photographs; stationery; writing implements; wrapping and packaging materials, namely, gift wrapping paper, gift bags; paper ribbon; greeting cards, notelets; pen holders; book covers; notebooks for writing; paperweights; paper napkins; passport and document covers and holders in class 016.<br><br>For: all-purpose carrying bags, trunks, valises, suitcases, travelling bags, garment bags for travel, vanity cases sold empty, rucksacks, satchels, holdalls, handbags, shoulder bags, attaché-cases, briefcases, credit card holders, briefcase-type portfolios, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags, reusable shopping bags; purses, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | leather pouches, wallets; pochettes; luggage label holders; cosmetic cases and bags sold empty; cosmetic cases for manicure sets sold empty, jewelry rolls for travel; umbrellas, parasols; walking sticks and canes; clothing for pets; horse blankets, collars and leashes for animals in class 018.<br><br>For: furniture; mirrors; picture frames; paper photo frames; ornaments of wood, horn, bone, shell, mother-of-pearl, and substitutes for all these materials; three dimensional plastic ornaments; mattresses, air mattresses for use when camping, bean bag chairs and beds, pet beds; cushions; window blinds; clothes hangers; fitted furniture coverings; deck chairs and folding chairs in class 020.<br><br>For: buttons, hooks and eyes, snap fasteners, press studs, zip fasteners, haberdashery in the nature of fabric appliques, decorative ribbons, buckles for clothing, belts and shoes; ornamental novelty badges; articles for hair, namely, hair ties, hair bands, hair ribbons, hair clips in class 026.<br><br>For: games, namely, board |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | games, playing cards and card games, dice games, dominoes; playthings, namely, toy dolls, toy figurines, toy vehicles, stuffed toy animals including teddy bears, clothing for toys; Christmas tree decorations; sports equipment and covers and holders therefor, namely, covers for golf clubs, skis and tennis sports equipment in the nature of tennis racquets in class 028. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating the BURBERRY Trademarks, and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using BURBERRY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine Burberry Product or not authorized by Burberry to be sold in connection with Burberry's BURBERRY Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Burberry Product or any other product produced by Burberry, that is not Burberry's or not produced under the authorization, control or supervision of Burberry and approved by Burberry for sale under the BURBERRY Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Burberry, or are sponsored by, approved by, or otherwise connected with Burberry;

d. further infringing the BURBERRY Trademarks and damaging Burberry's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Burberry, nor authorized by Burberry to be sold or offered for sale, and which bear any of Burberry's trademarks, including the BURBERRY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Burberry's choosing:

    a.  permanently transfer the Defendant Domain Names to Burberry's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Burberry's selection; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.    The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Burberry's selection.

4.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a.  disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the BURBERRY Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BURBERRY Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Burberry is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit BURBERRY Trademarks on products sold through at least the Defendant Internet Stores. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Burberry as partial payment of the above-identified damages, and PayPal is ordered to release to Burberry the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8.      Until Burberry has recovered full payment of monies owed to it by any Defaulting Defendant, Burberry shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal shall within two (2) business days:

a.  Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Gabrielle Rubino, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.  Restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  Release all monies restrained in Defaulting Defendants' PayPal accounts to Burberry as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.      In the event that Burberry identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Burberry may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Gabrielle Rubino and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) cash bond posted by Burberry, including any interest minus the registry fee, is hereby released to Burberry or its counsel, Greer Burns & Crain, Ltd.  The Clerk of the Court is directed to return the cash bond previously deposited with

the Clerk of the Court to Burberry or its counsel by check made out to the Greer Burns &

Crain IOLTA account.

This is a Final Judgment.

DATED:  November 30, 2017

Manish S. Shah
United States District Judge

**BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation v. ZHENG RU PING, et al. - Case No. 17-cv-07171**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zheng ru ping | 2 | zou yulan |
| 3 | zikorne.fr | 4 | Zhou Yuan |
| 5 | zhao dequn | 6 | zhao de qun |
| 7 | zhang yong tao | 8 | zhang na |
| 9 | zhang ming | 10 | Zhang Lixiang |
| 11 | zhang lian peng | 12 | Zeng Jia Hong |
| 13 | yvelii.fr | 14 | Yue Jun Kuang |
| 15 | yu jiangbin | 16 | Yolanda Pindado Garcia |
| 17 | ye zhixiang | 18 | Yaomine Tess |
| 19 | yang jian ze | 20 | xuemei liu |
| 21 | Xu Gao | 22 | Xiong Jin |
| 23 | wuaijia | 24 | wu jin |
| 25 | William Rainey | 26 | Wiktor Larsson |
| 27 | DISMISSED | 28 | WeiHong Liu |
| 29 | Wei Wang | 30 | Wei Ronghua |
| 31 | wei kang | 32 | wei kang (2) |
| 33 | wei kang (3) | 34 | web-book-photo.fr |
| 35 | Wang Xia | 36 | vincentroziere.fr |
| 37 | Vickie Knowles | 38 | Vera Hanson |
| 39 | Vavic Technology Co., Ltd. | 40 | Uwe Koehler |
| 41 | Ulrich Roth | 42 | tutappellesqui.fr |
| 43 | trudy-en-arien.nl | 44 | troistemps.fr |
| 45 | trike-west.fr | 46 | Tracy Davison |
| 47 | Tom Mayhew | 48 | Thomas Roberts |
| 49 | Tan Wen You | 50 | svrodajcoost.nl |
| 51 | Susan Hogan | 52 | sunjiao |
| 53 | sun jiao sun | 54 | Sue Moore |
| 55 | sportlive-foot.fr | 56 | spezia.fr |
| 57 | Sonya Byas | 58 | Sitter Lull |
| 59 | site7a.com | 60 | shixiaoyuan |
| 61 | shijie li | 62 | shijie li (2) |
| 63 | shengquan yang | 64 | Sergio San Segundo Corcovado |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 65 | Sergio Hoyos Ugarteburu | 66 | Scott Baniel |
| 67 | santiago asion | 68 | Rocio Ceballos Fernandez |
| 69 | Robert Thompson | 70 | rhodiola-rosea.fr |
| 71 | Renrick Nicholas | 72 | Renrick Nicholas (2) |
| 73 | Raquel Lopez matesanz | 74 | DISMISSED |
| 75 | Qing Chen | 76 | puretimewatch.pw |
| 77 | pontecultura.fr | 78 | plastimen.fr |
| 79 | Ping Guo Cui | 80 | PILAR MERA GALVEZ |
| 81 | piecesharleydavidson.fr | 82 | photoxtreme.fr |
| 83 | pfmla.com | 84 | peng bo |
| 85 | peng bo (2) | 86 | Patrick Lissone |
| 87 | patriciafleurs.fr | 88 | PATRICIA CHAMORRO DUQUE |
| 89 | patio-zen.fr | 90 | ovoustrade.top |
| 91 | outletnewmall.com | 92 | Orlowska renata |
| 93 | Orlowska renata (2) | 94 | onlyway.fr |
| 95 | olympic-records-label.fr | 96 | olivierthebaud.fr |
| 97 | okesy jors | 98 | Nuria Perez Fernandez |
| 99 | Nick Reeves | 100 | DISMISSED |
| 101 | MTere Pierola Lopez | 102 | Mo Zeghloul |
| 103 | Miguel Angel Romero | 104 | Michelle Hernandez |
| 105 | michauphotos.fr | 106 | Micah Alverez |
| 107 | metvous.fr | 108 | Melva Dexter |
| 109 | Melissa Wilson | 110 | mei feng qiu |
| 111 | mediapublicite.fr | 112 | meadowsandaderhold.com |
| 113 | Masuda Momoko | 114 | Mary Yeoman |
| 115 | DISMISSED | 116 | DISMISSED |
| 117 | marieatoutprix.fr | 118 | Marie Sajka |
| 119 | Marian Palacio Fernandez | 120 | Maria Serra Mas |
| 121 | DISMISSED | 122 | Maria Arselina Pinera Ramos |
| 123 | Marcy Taylor | 124 | Marcel Sabate |
| 125 | DISMISSED | 126 | Manuel Rua Conde |
| 127 | Manuel Obreo Garcia | 128 | MANEL Alabart Martinez |
| 129 | maitie-danselafemme.fr | 130 | lukas zimmerman |
| 131 | Lukas Mortensen | 132 | liu xuemei |
| 133 | liu xue mei | 134 | liu bin |
| 135 | linfu liang | 136 | lin shu |
| 137 | Lin Peng Fei | 138 | Lin Ming Zhu |
| 139 | lin lin | 140 | ligoting.com |
| 141 | Li Wei Wei | 142 | Li ShiXiong |
| 143 | li shijie | 144 | li qingneng |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 145 | li qingneng (2) | 146 | li qingneng (3) |
| 147 | lezardcreatifaix.fr | 148 | leswatts.fr |
| 149 | lesdegivrees.fr | 150 | lepain.fr |
| 151 | Leon Vogel | 152 | lenikefootballfr.fr |
| 153 | Lee Burkill | 154 | Larry Tedesco |
| 155 | labelsensunique.fr | 156 | Klara Mayer |
| 157 | Keller Pat | 158 | Katrin Strauss |
| 159 | Kathleen Pack | 160 | Karmila Dwi Perwanti |
| 161 | karineperon karineperon | 162 | jryjf.com |
| 163 | Joseph Golden | 164 | jose luis rodriguez duran |
| 165 | Jose Ignacio Grijalbo Herrero | 166 | John Perez |
| 167 | Joe Storey | 168 | Jinmei Lei |
| 169 | jin ying chen | 170 | jin xiong |
| 171 | jiayu guo | 172 | jiayu guo (2) |
| 173 | jesus david diaz perezjuana | 174 | jessemccartney.fr |
| 175 | Jennifer Eberhardt | 176 | Jeffrey Tuck |
| 177 | Javier Vazquez | 178 | Jana Ebersbacher |
| 179 | Jan Siegel | 180 | Jaime Armitage |
| 181 | Jacklin Vollmer | 182 | IRENE DONOGHUE |
| 183 | Irasema Lopez Lopez | 184 | institut-marine.fr |
| 185 | DISMISSED | 186 | DISMISSED |
| 187 | Huang HaiYing | 188 | hpprobook.fr |
| 189 | Hosea Hodge | 190 | happyftp.fr |
| 191 | Guo Yongtao | 192 | Guo Xiaoli |
| 193 | guillaumealzingre.fr | 194 | gregorio oterino |
| 195 | graphikit-serigraphie.fr | 196 | Glenna Scott |
| 197 | Gertrude Johnson | 198 | George Sandoval |
| 199 | Geonardo Kft | 200 | galaesigelec.fr |
| 201 | Frank Gilbert | 202 | fonds-ecrans.fr |
| 203 | ferrari-chauffage.fr | 204 | Fernando Pedro Moreno Gomez |
| 205 | Estel Brugulat | 206 | Erik Bergmann |
| 207 | Emile Boulanger | 208 | Emery Janer |
| 209 | Elsa Sola | 210 | Elma White |
| 211 | Elliot Obeirg | 212 | Elisa Benitez |
| 213 | Eleanor Edwards | 214 | Elda Sanchez |
| 215 | Edward Arce | 216 | edohia.com |
| 217 | Ed Meulman | 218 | Donnie Williams |
| 219 | dominiquepascaud.fr | 220 | divorcelawyerlukeafb.com |
| 221 | Diana Goodman | 222 | Deng Daming |
| 223 | David Mason | 224 | Darshani Hemarathne |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 225 | Dale Yanda | 226 | dai chen |
| 227 | cyrk-chevalfou.fr | 228 | cuisineaunaturel.fr |
| 229 | Crystal Smith | 230 | cristina ramos salgado |
| 231 | DISMISSED | 232 | Clifford Hargrove |
| 233 | Christina Taulbee | 234 | christian schmidt |
| 235 | Cheng LuLu | 236 | chen wenchao |
| 237 | Chen LiDan | 238 | chen kobe |
| 239 | Chen JieQing | 240 | Chen JiaXin |
| 241 | Chen Bin | 242 | Cheapburberryoutlet.name |
| 243 | Charles Brown | 244 | Carol Ward |
| 245 | cannotfindit.com | 246 | Camila Vieira Santana |
| 247 | burberry-stores.com | 248 | Burberrysale.name |
| 249 | burberryoutletbags.us.com | 250 | burberryhandbagssale.us.com |
| 251 | borseonline.top | 252 | bien-etre-en-bio.fr |
| 253 | Betty Mabrey | 254 | Bestoon Ziad |
| 255 | bernyetberny.fr | 256 | berceuseassassine.fr |
| 257 | batpronos.fr | 258 | Bai Qin |
| 259 | badisme.fr | 260 | DISMISSED |
| 261 | ateliersducinema.fr | 262 | Artemis xu |
| 263 | Artemis Davis | 264 | arief-prasetyo.com |
| 265 | arelysmesa | 266 | archersdehoulle.fr |
| 267 | apartmentgrandkamala.com | 268 | Anthony Smith |
| 269 | Anna McLaughlin | 270 | Andrew Baldwin |
| 271 | ambassadelatina.fr | 272 | amaral michael |
| 273 | DISMISSED | 274 | allsale.fr |
| 275 | allotaxibrest.fr | 276 | Albert Perez Palacin |
| 277 | adrianneharris adrianneharris | 278 | abrihome.fr |
| 279 | 7.42263 | 280 | DISMISSED |
| 281 | Bosudhsou518 Store | 282 | changfa69 |
| 283 | chinghiulok2012 | 284 | DISMISSED |
| 285 | damingguoren Store | 286 | danzhubead |
| 287 | Dream NS Store | 288 | FH Muslim Fashion |
| 289 | fitrto-0 | 290 | friday-mkt |
| 291 | gulei2015 | 292 | gust*jewelery |
| 293 | haiyingzifei236 | 294 | happytutu2016 |
| 295 | Hebei Danruo Fur Trading Co., Ltd. | 296 | hetianwei46137 |
| 297 | hongfu889 | 298 | huayu-shanghai |
| 299 | kantrol84 | 300 | lanianc1988 |
| 301 | LXMSTH Official Store | 302 | malenna Store |
| 303 | musi91396247055 | 304 | partytime2016 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 305 | patience_168 | 306 | princessdress08 |
| 307 | qinghai2016hai_7 | 308 | QSuper Deals Store |
| 309 | salwonvick | 310 | shaonah-0 |
| 311 | Shenzhen Saiveina Industrial Co., Ltd. | 312 | shuncheng35 |
| 313 | Success Method Limited | 314 | The edge of the sky |
| 315 | TongDa Information Technology Co.,Ltd. | 316 | Ugly Duckling Variety Store |
| 317 | DISMISSED | 318 | DISMISSED |
| 319 | Yiwu Oxford Fashion Accessories Co., Ltd. | 320 | Yufeng store |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 1 | ebay.com/usr/7.42263 | 2 | DISMISSED |
| 3 | aliexpress.com/store/312164 | 4 | ebay.com/usr/changfa69 |
| 5 | ebay.com/usr/chinghiulok2012 | 6 | DISMISSED |
| 7 | damingguoren.aliexpress.com/store/900157 | 8 | ebay.com/usr/danzhubead |
| 9 | dreamns.aliexpress.com/store/1184787 | 10 | aliexpress.com/store/1455384 |
| 11 | ebay.com/usr/fitrto-0 | 12 | ebay.com/usr/friday-mkt |
| 13 | ebay.com/usr/gulei2015 | 14 | ebay.com/usr/gust*jewelery |
| 15 | ioffer.com/selling/haiyingzifei236 | 16 | ebay.com/usr/happytutu2016/China |
| 17 | danruo.en.alibaba.com | 18 | ebay.com/usr/hetianwei46137 |
| 19 | ebay.com/usr/hongfu889 | 20 | ebay.com/usr/huayu-shanghai |
| 21 | ebay.com/usr/kantrol84 | 22 | ebay.com/usr/lanianc1988 |
| 23 | specialwomenfashion.aliexpress.com/store/1085660 | 24 | aliexpress.com/store/2900006 |
| 25 | ebay.com/usr/musi91396247055 | 26 | ebay.com/usr/partytime2016 |
| 27 | dhgate.com/store/20469617 | 28 | ebay.com/usr/princessdress08 |
| 29 | ebay.com/usr/qinghai2016hai_7 | 30 | qsuperdeals.aliexpress.com/store/2839084 |
| 31 | ebay.com/usr/salwonvick | 32 | ebay.com/usr/shaonah-0 |
| 33 | sivina.en.alibaba.com | 34 | ebay.com/usr/shuncheng35 |
| 35 | aliexpress.com/store/509697 | 36 | aliexpress.com/store/1804938 |
| 37 | aliexpress.com/store/608269 | 38 | aliexpress.com/store/343789 |
| 39 | DISMISSED | 40 | DISMISSED |
| 41 | oxfordstreet.en.alibaba.com | 42 | aliexpress.com/store/925769 |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|-----------------------|-----|-----------------------|
| 1 | alancalhoun.com | 2 | exterminationomega.com |
| 3 | weatherwarsaw.com | 4 | transportepianosvalencia.com |
| 5 | lisamstover.com | 6 | elanibeach.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 7 | ilovebestbagss.com | 8 | zikorne.fr |
| 9 | lovebrandbag.com | 10 | acttnow.org |
| 11 | windsorpreppta.org | 12 | chensbistromoberly.com |
| 13 | wilbertandtowner.com | 14 | tasteofguilderland.com |
| 15 | fckasiysi-06.net | 16 | wholesalewell.com |
| 17 | vipbluelabelclearance.com | 18 | zainotech.com |
| 19 | fetchdallas.com | 20 | arbre-et-jardin.com |
| 21 | globaltrade79.com | 22 | yvelii.fr |
| 23 | designersunglass-shop.com | 24 | khmob.com |
| 25 | healtend.it | 26 | bisteccheallafiorentino.com |
| 27 | simbre.com | 28 | luxsunglassshop.club |
| 29 | luxsunglassshow.club | 30 | claudiaconstancemartin.com |
| 31 | mancosvalleydistillery.com | 32 | cfafights.info |
| 33 | gdplusa.com | 34 | burbery.store |
| 35 | bureberry.store | 36 | wholesalebagshoes.com |
| 37 | imprimerie-ipm.com | 38 | razzolapis.it |
| 39 | DISMISSED | 40 | luxuryabc.com |
| 41 | lpqfashion.com | 42 | tr3sdm.us |
| 43 | ronaldosguide.com | 44 | simonchildblog.com |
| 45 | socialwithtina.com | 46 | web-book-photo.fr |
| 47 | tokojeko.com | 48 | vincentroziere.fr |
| 49 | blackhorseactiongroup.org.uk | 50 | brandcheapclutches.com |
| 51 | forzarovers.com | 52 | gquaglia.com |
| 53 | buckscountynetworks.org | 54 | tutappellesqui.fr |
| 55 | trudy-en-arien.nl | 56 | troistemps.fr |
| 57 | trike-west.fr | 58 | takingchargewithoils.com |
| 59 | edinburghhotels.me.uk | 60 | exontechnical.com |
| 61 | designerforu-2.com | 62 | svrodajcoost.nl |
| 63 | latiendadejesus.com | 64 | merrychemical.com |
| 65 | modetasker.com | 66 | serrurier-chatillon.com |
| 67 | sportlive-foot.fr | 68 | spezia.fr |
| 69 | speakenglish20.com | 70 | melloout.com |
| 71 | site7a.com | 72 | burberryaen.com |
| 73 | burberryus2017.com | 74 | burberryen.com |
| 75 | burberryusen.com | 76 | burberryxen.com |
| 77 | resalog.com | 78 | ask90.com |
| 79 | rasville.com | 80 | steelctr.com |
| 81 | inkdrllc.com | 82 | ufstudy.com |
| 83 | zefeburshopva.store | 84 | severalfdsit.store |
| 85 | fsnzenbrnew.store | 86 | bilgikampusum.net |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 87 | elenagiaramita.it | 88 | andreamarignoli.it |
| 89 | craigmichaelcampphotography.co.uk | 90 | atlantidestore.it |
| 91 | lecreazionidicostanza.it | 92 | sinimages.com |
| 93 | rhodiola-rosea.fr | 94 | topclothingonlineshop.com |
| 95 | topclothingsaleonline.com | 96 | cheaptopclothingonline.com |
| 97 | siculincucina.it | 98 | DISMISSED |
| 99 | phone-case.cc | 100 | puretimewatch.pw |
| 101 | pontecultura.fr | 102 | plastimen.fr |
| 103 | oneluxistanbul.com | 104 | wellnesswood.it |
| 105 | piecesharleydavidson.fr | 106 | photoxtreme.fr |
| 107 | pfmla.com | 108 | bobscustomclubs.com |
| 109 | outerbodyinnermind.com | 110 | burberry2017.com |
| 111 | patriciafleurs.fr | 112 | squiseasy.it |
| 113 | patio-zen.fr | 114 | ovoustrade.top |
| 115 | outletnewmall.com | 116 | cashmerestyle.online |
| 117 | cordell.online | 118 | logxmiko.online |
| 119 | stamping.online | 120 | charlotterusse.site |
| 121 | karater.online | 122 | ocenter.online |
| 123 | thejanet.online | 124 | discounttrade.online |
| 125 | terussecheap.online | 126 | findsimilar.online |
| 127 | onlyway.fr | 128 | olympic-records-label.fr |
| 129 | olivierthebaud.fr | 130 | beltshut.com |
| 131 | lunacyradiostation.it | 132 | victoriabeautylounge.com |
| 133 | DISMISSED | 134 | mymlm.it |
| 135 | buberryoutletonlinecheap.com | 136 | buberryoutletsale.com |
| 137 | buberrysaleonline.com | 138 | myfashionadvisor.it |
| 139 | importafacill.com | 140 | michauphotos.fr |
| 141 | moetsshack.com | 142 | metvous.fr |
| 143 | kennethodusanyaandco.com | 144 | angelbenedetti.com |
| 145 | burberrybagsonline.com | 146 | burberrybagsoutlets.com |
| 147 | cheapburberrybags.com | 148 | mediapublicite.fr |
| 149 | meadowsandaderhold.com | 150 | affray.info |
| 151 | insurance2.info | 152 | holidaytoursinindia.com |
| 153 | DISMISSED | 154 | DISMISSED |
| 155 | marieatoutprix.fr | 156 | editingitalia.it |
| 157 | yogaloe.it | 158 | progettoinoxdesigner.it |
| 159 | DISMISSED | 160 | myalteregoformazione.it |
| 161 | psicobasket.com | 162 | spaziodegasperi.it |
| 163 | DISMISSED | 164 | palamitavini.it |
| 165 | eventimarziali.it | 166 | orizzontebrasile.it |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 167 | maitie-danselafemme.fr | 168 | searchenginestosubmit.com |
| 169 | gucciborsa.com | 170 | msnemoticons.org |
| 171 | rfcpo.org | 172 | iamsupernatural.org |
| 173 | redheur.org | 174 | bamboomoon.org |
| 175 | paintingsbyevans.com | 176 | affiliategold.org |
| 177 | disparus-dz.org | 178 | vyanwo.com |
| 179 | topfashionbuy.com | 180 | topbrandtimes365.com |
| 181 | burberryoutletonline.us.com | 182 | copyrightprofessionnel.info |
| 183 | shangkeht.com | 184 | burberryoutletsale.in.net |
| 185 | ligoting.com | 186 | cheapburberry.top |
| 187 | iphonecases.club | 188 | marchioshop.com |
| 189 | ryfbfysm.com | 190 | cienporcientomujer.co |
| 191 | brushesandheels.com | 192 | sentinelspaintball.co |
| 193 | lezardcreatifaix.fr | 194 | leswatts.fr |
| 195 | lesdegivrees.fr | 196 | lepain.fr |
| 197 | latabledesmousquetaires.fr | 198 | lenikefootballfr.fr |
| 199 | themwifies.org.uk | 200 | imagemarta.com |
| 201 | labelsensunique.fr | 202 | greenbayteaparty.org |
| 203 | burberryoutlet.eu.com | 204 | santiagosony.com |
| 205 | online-gambling-guy.com | 206 | kacika.com |
| 207 | burberrystore-outlet.us.com | 208 | jryjf.com |
| 209 | raimonguirado.com | 210 | gioielli-jewita.it |
| 211 | mentismanagement.it | 212 | hogarcanario.com |
| 213 | kettlecreektreats.com | 214 | cassway.com |
| 215 | linlihangshop.com | 216 | freead4u.net |
| 217 | bravozululeadershipblog.com | 218 | getexerwise.com |
| 219 | quartierivallatani.it | 220 | jessemccartney.fr |
| 221 | athleticshoes-sale.top | 222 | fuelinjectionpro.com |
| 223 | febalcasacatania.it | 224 | fobisch.com |
| 225 | hoodies.us.com | 226 | iamstagestruck.com |
| 227 | hotel-lesbarnieres.com | 228 | burberrystore.us.com |
| 229 | comunicandoitalia.it | 230 | institut-marine.fr |
| 231 | DISMISSED | 232 | DISMISSED |
| 233 | meilleuritem.com | 234 | hpprobook.fr |
| 235 | contesmaltes.com | 236 | happyftp.fr |
| 237 | ferridaycog.org | 238 | truedestinycc.org |
| 239 | guillaumealzingre.fr | 240 | lefavoledinonnaclaudia.it |
| 241 | graphikit-serigraphie.fr | 242 | mirandamariephotography.com |
| 243 | greaterheroes.com | 244 | elmerenguedelatarde.com |
| 245 | resboat.com | 246 | galaesigelec.fr |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 247 | iaorana-tahiticroisiere.com | 248 | fonds-ecrans.fr |
| 249 | ferrari-chauffage.fr | 250 | icommerciantidisanpietro.it |
| 251 | toysandtabu.it | 252 | pranksessionradio.com |
| 253 | burberry.outletsale.us | 254 | glassdomerestaurant.co.uk |
| 255 | wakeupilfilm.it | 256 | kidpianolessons.com |
| 257 | storeby2017.com | 258 | burberrystore99.com |
| 259 | mrshopuk.com | 260 | shoesorderonline.com |
| 261 | dicksonsimages.com | 262 | clarkyit.com |
| 263 | edohia.com | 264 | allensworthpolytechnical.org |
| 265 | auwomans.com | 266 | dominiquepascaud.fr |
| 267 | divorcelawyerlukeafb.com | 268 | finehomesnv.com |
| 269 | skiefpromotions.org | 270 | cruz-ae.com |
| 271 | strattonpolskabadminton.co.uk | 272 | dyanda.com |
| 273 | topshoesite.com | 274 | cyrk-chevalfou.fr |
| 275 | cuisineaunaturel.fr | 276 | thevillagesideas.com |
| 277 | labolognachece.it | 278 | DISMISSED |
| 279 | msgmsweater.com | 280 | laplastificazione.com |
| 281 | acrylicoutdoorfabrics.com | 282 | burberrys-handbags.com |
| 283 | revelationpraiseworshipcenter.co | 284 | burberrysoutletstore.com |
| 285 | burberry.us.org | 286 | burberrys-bags.com |
| 287 | outletburberrybags.com | 288 | outlet-burberrybags.com |
| 289 | cheapburberryoutlet.name | 290 | kamilce.com |
| 291 | jrfashiondesigners.com | 292 | cannotfindit.com |
| 293 | residenzastelloni.it | 294 | burberry-stores.com |
| 295 | burberrysale.name | 296 | burberryoutletbags.us.com |
| 297 | burberryhandbagssale.us.com | 298 | borseonline.top |
| 299 | bien-etre-en-bio.fr | 300 | hannahdidit.com |
| 301 | crusecornwall.org.uk | 302 | bernyetberny.fr |
| 303 | berceuseassassine.fr | 304 | batpronos.fr |
| 305 | clothes-outletstore.com | 306 | badisme.fr |
| 307 | DISMISSED | 308 | ateliersducinema.fr |
| 309 | topclothingoutletonline.com | 310 | topbagsoutletsale.com |
| 311 | buberrybagsoutletcheap.com | 312 | topclothingonlinecheap.com |
| 313 | arief-prasetyo.com | 314 | bags.officialmall.us |
| 315 | archersdehoulle.fr | 316 | apartmentgrandkamala.com |
| 317 | sdcpschool.com | 318 | banskoluxuryapartment.com |
| 319 | sportsclothingrack.com | 320 | ambassadelatina.fr |
| 321 | burberry-scarf.us.com | 322 | DISMISSED |
| 323 | allsale.fr | 324 | allotaxibrest.fr |
| 325 | ultraeverdrypiemonte.it | 326 | burberryoutletsaleonline.us.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 327 | abrihome.fr | | |