IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHENG RU PING, et al.,<br><br>Defendants. | Case No. 17-cv-07171<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Daniel G. Martin** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 30, 2017 [46], in favor of, Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation ("Burberry") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Burberry acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfies the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Bosudhsou518 Store | 281 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 8th day of August 2018.

Respectfully submitted,

/s/ Kevin W. Guynn

Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation*

Subscribed and sworn to me by Jessica L. Bloodgood, on this 8th day of August 2018.

Given under by hand and notarial seal.

*[Notary Seal: CAITLIN SCHLIE, Official Seal, Notary Public – State of Illinois, My Commission Expires Nov 20, 2021]*

Caitlin Schlie
Notary Public
State of Illinois
County of Cook

2